**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HUMANIGEN, INC.,[1] | Case No. 24-10003 (____) |
| Debtor. |  |

**<u>NOTICE OF FILING OF PROPOSED REDACTED CREDITOR MATRIX</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") has today filed the attached proposed redacted version of the **Creditor Matrix**[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtor's mailing address in this chapter 11 case is 533 Airport Boulevard, Suite 400, Burlingame, CA 94010 and the last four digits of the Debtor's federal tax identification number are 7236.

[2] On January 3, 2024, the Debtor filed the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 5].

Dated:  January 4, 2024
        Wilmington, Delaware

Respectfully submitted,

*/s/ Maria Kotsiras*

M. Blake Cleary (No. 3614)
Aaron H. Stulman (No. 5807)
Brett M. Haywood (No. 6166)
Maria Kotsiras (No. 6840)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  bcleary@potteranderson.com
       astulman@potteranderson.com
       bhaywood@potteranderson.com
       mkotsiras@potteranderson.com
       srizvi@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*

IMPAC 11097681v.1

ABN AMROCC (0695)
ATT PROXY DEPT
175 W. JACKSON BLVD
STE 2050
CHICAGO, IL  60605

ACRES PARTNERS CO., LTD
913, ZERO BLDG., TEHERAN-RO 84GIL
14 GANGAM-GU
SEOUL
SOUTH KOREA

ADAR ALEF LLC
38 OLYMPIA LANE
MONSEY, NY  10952

ADLER PARTNERS, LLC
757 ARROYO LEON DRIVE
HALF MOON BAY, CA  94019

ADP
1 ADP BLVD
ROSELAND, NJ  07068

ADP
P.O. BOX 31001-1874
PASADENA, CA  91110-1874

AEIS (0756)
ATT GREG WRAALSTAD/PROXY MGR
901 3RD AVE SOUTH
MINNEAPOLIS, MN  55474

AGENCY FOR HEALTH CARE
ADMINISTRATION
ATTN: TOM WALLACE
2727 MAHAN DR
MAIL STOP 8
TALAHASEE, FL  32308

AHMED, HISHAM
[ADDRESS REDACTED]

AHMED, OMAR
[ADDRESS REDACTED]

AJINOMOTO BIO-PHARMA SERVICES
11040 ROSELLE STREET
SAN DIEGO, CA  92121

ALABAMA DEPARTMENT OF LABOR
649 MONROE ST
MONTGOMERY, AL  36131

ALABAMA DEPARTMENT OF PUBLIC HEALTH
THE RSA TOWER
201 MONROE STREET
MONTGOMERY, AL  36104

ALABAMA DEPARTMENT OF REVENUE
BUSINESS PRIVATE TAX SECTION
P.O. BOX 327320
MONTGOMERY, AL  36132-7320

ALABAMA DEPT OF REVENUE
INDIVIDUAL & CORPORATE TAX DIVISION
50 N RIPLEY ST
MONTGOMERY, AL  36104

ALABAMA MEDICAID
501 DEXTER AVENUE
MONTGOMERY, AL  36104

ALABAMA STATE BOARD OF PHARMACY
111 VILLAGE ST
BIRMINGHAM, AL  35242

ALFENITO, MARK
[ADDRESS REDACTED]

ALL COVERED/KONICA MINOLTA BUSINSS
SLTNS
DEPARTMENT 33163
PO BOX 39000
SAN FRANCISCO, CA  94139-3163

ALVAREZ & MARSAL TAXAND, LLC
600 MADISON AVENUE 8TH FLOOR
NEW YORK, NY  10022

ALVAREZ, CARLOS
[ADDRESS REDACTED]

AMERICAN ARBITRATION ASSOCIATION, INC.
120 BROADWAY 21ST FLOOR
NEW YORK, NY  10271

AON CONSULTING, INC. (NJ)
29695 NETWORK PLACE
CHICAGO, IL  60673-1296

APCER LIFE SCIENCES INC.
111 TOWN SQUARE PLACE SUITE 860
JERSEY CITY, NJ  07310

APCER LIFE SCIENCES INC.
3 INDEPENDENCE WAY, SUITE 300
PRINCETON, NJ  08540

APEX/ETRADE (0158/0385)
C/O BROADRIDGE SECS PROCESSING
YASMINE CASSEUS, 2 GATEWAY CTR
283-299 MARKET ST - 16TH FL
NEWARK, NJ  07102

ARANET INC DBA BRANDPOINT
850 5TH STREET
SOUTH HOPKINS, MN  55343

ASSURO CONSULTING LLC
91 MORTON WAY
PALO ALTO, CA  94303

AT BAY SPECIALTY INSURANCE COMPANY
196 CASTRO STREET, SUITE A
MOUNTAIN VIEW, CA  94041

ATWILL CONSULTING
24 MILLIARA GROVE
BRIGHTON EAST
VIC
MELBOURNE  3187  AUSTRALIA

ATWILL, ROBERT
[ADDRESS REDACTED]

AVID BIOSERVICES, INC.
2642 MICHELLE DRIVE. SUITE 200
TUSTIN, CA  92780

AVID BIOSERVICES, INC.
CO K&L GATES LLP
10100 SANTA MONICA BLVD.,
8TH FLOOR
LOS ANGELES, CA  90067

AXA XL SPECIALTY INSURANCE COMPANY
100 CONSTITUTION PLAZA, 17TH FLOOR
HARTFORD, CT  06103

AXOS CLEARING (0052)
ATT CORPORATE ACTIONS DEPT
1200 LANDMARK CTR, STE. 800
OMAHA, NE  68102-1916

BALANCE THERAPEUTICS, INC.
1250 BAYHILL DRIVE, SUITE 125
SAN BRUNO, CA  94066

BANK OF NEW YORK MELLON (0901/ 8313)
ATT EVENT CREATION
500 GRANT ST
ROOM 151-1700
PITTSBURGH, PA  15258

BARCLAYS CAPITAL (8455)
ATT CORPORATE ACTIONS/REORG
745 7TH AV, 3RD FL
NEW YORK, NY  10019

BARLIANT, RONALD
[ADDRESS REDACTED]

BATUTA CAPITAL ADVISORS LLC
650 HALSTEAD AVENUE, STE201B-2
MAMARONECK, NY  10543

BAY AREA EXECUTIVE OFFICES
533 AIRPORT BLVD, SUITE 400
BURLINGAME, CA  94010-2013

BECHER, BURKHARD
[ADDRESS REDACTED]

BERNSTEIN, ANDREW
[ADDRESS REDACTED]

BHATTACHARYA, SCHULMAN
[ADDRESS REDACTED]

BILIN TECHNOLOGY, INC.
40 SPEEN STREET SUITE 103
FRAMINGHAM, MA  01701

BIORELIANCE CORPORATION
13319 COLLECTIONS CENTER DR.
CHICAGO, IL  60693-0133

BIOSYMETRICS, INC.
315 MAIN STREET
HUNTINGTON, NY  11743

BIOWA INC
ATTN MASAMICHI KOIKE, PRESIDENT & CEO
212 CARNEGIE CENTER, STE 101
PRINCETON, NJ  08540

BIOWA INC
C/O BLANK ROME LLP
ATTN ALFRED W ZAHER, ESQ
130 N 18TH ST
PHILADELPHIA, PA  19103

BLACK HORSE CAPITAL LP
C/O OPUS EQUUM, INC.
P.O. BOX 788
DOLORES, CO  81323

BMO NESBITT BURNS /CDS (5043)
ATT PHUTHORN PENIKETT
250 YONGE ST., 14TH FL
TORONTO, ON  M5B 2M8
CANADA

BNP/CUST (2787)
ATT PROXY DEPT
525 WASHINGTON BLVD
9TH FL
JERSEY CITY, NJ  07310

BOA/GWIM TST OPER (0955)
ATT CORPORATE ACTIONS MANAGER
901 MAIN ST
12TH FL
DALLAS, TX  75202

BOEHM, RAINER
[ADDRESS REDACTED]

BOFA SECS (0161/ 8862)
ATT EARL WEEKS OR PROXY DEPT
C/O MERRILL LYNCH CORP ACTIONS
4804 DEER LAKE DR. E.
JACKSONVILLE, FL  32246

BOWE, CHRISTOPHER
[ADDRESS REDACTED]

BRAND INSTITUTE, INC.
200 SE 1ST STREET 12TH FLOOR
MIAMI, FL  33131

BROADRIDGE ICS, INC
PO BOX 416423
BOSTON, MA  02241

BROWN BROS HARRIMAN & CO(0010)
ATT CORPORATE ACTIONS / VAULT
140 BROADWAY
NEW YORK, NY  10005

BROWN, DEBORAH
[ADDRESS REDACTED]

BRYLLAN LLC
12501 GRAND RIVER AVE.
BRIGHTON, MI 48116

BUSINESS WIRE INC
PO BOX 39000
DEPARTMENT 34182
SAN FRANCISCO, CA 94139

BUXTON, CHERYL
[ADDRESS REDACTED]

BUXTON, CHERYL
[ADDRESS REDACTED]

BYRNE, CHRISTINE A
[ADDRESS REDACTED]

BYRNE, ELEANOR
[ADDRESS REDACTED]

CABRINI HEALTH LTD
MEMBER OF CLINICAL TRIALS AUSTRALIA
6 EAST, MAIN BLOCK, GRATTAN ST
VIC
PARKVILLE 3050 AUSTRALIA

CALIFORNIA BOARD OF EQUALIZATION
450 N ST
PO BOX 942879
SACRAMENTO, CA 95814

CALIFORNIA DEPARTMENT CONSUMER
AFFAIRS
CONSUMER INFORMATION DIVISION
1625 N MARKET BLVD STE N 112
SACRAMENTO, CA 95834

CALIFORNIA DEPARTMENT OF HEALTHCARE
SERVICES, ATTN: JENNIFER KENT, DIR
DEPARTMENT OF HEALTH SERVICES
P.O. BOX 997413, MS 0000
SACRAMENTO, CA 95899-7413

CALIFORNIA FRANCHISE TAX BOARD
121 SPEAR ST
STE 400
SAN FRANCISCO, CA 94105-1584

CALIFORNIA FRANCHISE TAX BOARD
1515 CLAY ST
STE 305
OAKLAND, CA 94612-1445

CALIFORNIA FRANCHISE TAX BOARD
300 S SPRING ST
STE 5704
LOS ANGELES, CA 90013-1265

CALIFORNIA FRANCHISE TAX BOARD
3321 POWER INN RD
STE 250
SACRAMENTO, CA 95826-3893

CALIFORNIA FRANCHISE TAX BOARD
600 W SANTA ANA BLVD
STE 300
SANTA ANA, CA 92701-4543

CALIFORNIA FRANCHISE TAX BOARD
7575 METROPOLITAN DR
STE 201
SAN DIEGO, CA 92108-4421

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA 94257

CALIFORNIA SECRETARY OF STATE
1500 11TH STREET
SACRAMENTO, CA 95814

CALIFORNIA STATE BOARD OF PHARMACY
2720 GATEWAY OAKS DR, STE 100
SACRAMENTO, CA 95833

CAMBREX
104 GOLD STREET
AGAWAM, MA 01001

CANACCORD GENUITY/CDS (5046)
ATT BEN THIESSEN OR PROXY DEPT
10337 PACIFIC CENTRE
2200-609 GRANVILLE ST
VANCOUVER, BC V7Y 1H2 CANADA

CANGENE BIOPHARMA INC.
1111 SOUTH PACA STREET
BALTIMORE, MD 21230

CANTOR FITZGERALD & CO
110 EAST 59TH STREET
NEW YORK, NY 10022

CARDINAL HEALTH 105 INC
ATTN ASSOCIATE GENERAL COUNSEL
7000 CARDINAL PL
DUBLIN, OH 43017

CARDINAL HEALTH 105 INC
ATTN DIR QUALITY ASSURANCE
15 INGRAM BLVD
LA VERGNE, TN 37086

CARDINAL HEALTH 105 INC
C/O THIRD PARTY LOGISTICS SERVICES
ATTN VP, OPERATIONS
501 MASON RD, STE 200
LA VERGNE, TN 37086

CARDINAL HEALTH 105 LLC
ATTN VP OPERATIONS
501 MASON RD, STE 200
LA VERGNE, TN 37086

CARDINAL HEALTH PTS LLC
ATTN ASSOCIATE GNR COUNSEL
7000 CARDINAL PL
DUBLIN, OH 43017

CARDINAL HEALTH PTS LLC
ATTN PRESIDENT
8137 FORSYNTHIA ST
MIDDLETON, WI 53562

CARDINAL HEALTH
PO BOX 978709
DALLAS, TX  75397-8709

CARTER BACKER WINTER LLP
66 PRESCOT STREET
LONDON  E1 8NN
UNITED KINGDOM

CATALENT CTS (EDINBURGH) LTD
1 INCHWOOD PARK
BATHGATE  EH48 2FY
UNITED KINGDOM

CATALENT INDIANA, LLC
CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL COUNSEL
14 SCHOOLHOUSE RD
SOMERSET, NJ  08873

CATALENT INDIANA, LLC
MARY ENGLER, PH.D.
1300 S. PATTERSON DR.
BLOOMINGTON, IN  47403

CATALENT INDIANA, LLC
PO BOX 734097
CHICAGO, IL  60673-4097

CATALENT PHARMA SOLUTIONS - RTP
25109 NETWORK PLACE
CHICAGO, IL  60673-1251

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL COUNSEL
LEGAL DEPT
14 SCHOOLHOUSE RD
SOMERSET, NJ  08873

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL MANAGER
8137 FORSYNTHIA ST
MIDDLETON, WI  53562

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL MANAGER, ANAGNI
VIA BARONE FONTANA DEL CERASO
ANAGNI, FR  3012
ITALY

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL MANAGER, CSS KANSAS
CITY
10245 HICKMAN MILLS DR
KANSAS CITY, MO  64137

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL MANAGER, MADISON
726 HEARTLAND TRL
MADISON, WI  53717

CATALENT PHARMA SOLUTIONS LLC
ATTN GENERAL MANAGER, PHILADELPHIA
10381 DECATUR RD
PHILADELPHIA, PA  19154

CATALENT PHARMA SOLUTIONS
GALA (MADISON)
25109 NETWORK PLACE
CHICAGO, IL  60673-1251

CATALENT PHARMA SOLUTIONS
GALA (MADISON)
MARY ENGLER, PH.D.
726 HEARTLAND TRAIL
MADISON, WI  53717

CATALENT PHARMA SOLUTIONS
SAN DIEGO CSS
14 SCHOOLHOUSE ROAD
SOMERSET, NJ  08873

CATALENT PHARMA SOLUTIONS, LLC
25111 NETWORK PLACE
CHICAGO, IL  60673-1251

CATALENT PHARMA SOLUTIONS, LLC
MARY ENGLER, PH.D.
726 HEARTLAND TRAIL
MADISON, WI  53717

CDS CLEAR & DEPOSITORY (5099)
ATT LORETTA VERELLI/PROXY MGR
600 BOUL. DE MAISONNEUVE
OUEST BUREAU 210
MONTREAL, QC  H3A 3J2  CANADA

CEDARS-SINAI MEDICAL CENTER
8721 BEVERLY BLVD.
LOS ANGELES, CA  90048

CEDE & CO
570 WASHINGTON BLVD
JERSEY CITY, NJ  07310

CENTERS FOR DISEASE CONT. &
PREVENTION
1600 CLINTON ROAD
ATLANTA, GA  30329-4027

CENTRAL FLORIDA PULMONARY GROUP, P.A.
1115 EAST RIDGEWOOD STREET
ORLANDO, FL  32803

CETERA (0701)
ATT ANGELA HANDELAND/PROXY MGR
400 1ST ST SOUTH
STE 300
ST. CLOUD, MN  56301

CHAPPELL, DALE B
[ADDRESS REDACTED]

CHARLES RIVER DISCOVERY (OH)
15365 NEO PKWY
CLEVELAND, OH  44128

CHARLES RIVER LABORATORIES - ASHLAND
(IL)
GPO 27812
NEW YORK, NY  10087-7812

CHARLES RIVER LABORATORIES - ASHLAND
(IL)
JAMES WILLIAMS
251 BALLARDVALE STREET
WILMINGTON, MA  01887

CHARLES RIVER LABORATORIES DEN
BOSCH B.V
HAMBAKENWETERING 7
S-HERTOGENBOSCH
NORTH BRABANT  5231 DD
NETHERLANDS

CHARLES RUSSELL SPEECHLYS LLP
5 FLEET PLACE
LONDON  EC4M 7RD
UNITED KINGDOM

CHARLES SCHWAB & CO. (0164)
ATT CHRISTINA YOUNG/PROXY MGR
2423 EAST LINCOLN DR
PHOENIX, AZ  85016-1215

CHEELEY CONSULTING GROUP LLC, THE
8030 FIRST COAST HIGHWAY
SUITE 12A
AMELIA ISLAND, FL  32034

CHIME BIOLOGICS (WUHAN) CO.,LTD
VIVIAN DENG
NO. 388 GAOXIN ROAD (NO.2)
EAST LAKE HI-TECH DEV ZONE, HUBEI
WUHAN  430000  CHINA

CI INVESTMENT SVCS/CDS (5085)
ATT DEBORAH CARLYLE/PROXY MGR
4100 YONGE ST
STE 504A
TORONTO, ON  M2P 2G2  CANADA

CIBC WORLD MKTS. /CDS (5030)
ATT REED JON OR PROXY DEPT
22 FRONT ST. W. 7TH FL
TORONTO, ON  M5J 2W5
CANADA

CIT TECHNOLOGY FINANCING INC.
PO BOX 100706
PASENDA, CA  91189

CITIBANK (0505)
ATT DARYL SLATER OR REORG MGR
3800 CITIBANK CTR
B3-12
TAMPA, FL  33610

CITIBANK, N.A. (0908)
ATT SHERIDA SINANAN/PROXY DEPT
3801 CITIBANK CTR
B/3RD FL/ZONE 12
TAMPA, FL  33610

CITRIX SYSTEMS, INC.
851 WEST CYPRESS CREEK ROAD FORT
LAUDERDALE, FL  33309

CITRUS, A GLOBAL HEALTHCARE COMMS
GROUP
210 SOUTH ATLANTIC DRIVE
LANTANA, FL  33462

CITY OF BURLINGAME
501PRIMROSE ROAD
BURLINGAME, CA  94010

CITY OF BURLINGAME
8839 N. CEDAR AVE,  212
FRESNO, CA  93720

CITY OF BURLINGAME
BURLINGAME FINANCE DEPT
501 PRIMROSE RD
BURLINGAME, CA  94010

CITY OF BURLINGAME
CITY ATTORNEY
501 PRIMROSE RD
BURLINGAME, CA  94010

CLEAR ST LLC (9132)
ATT PROXY MGR
55 BROADWAY STE 2102
NEW YORK, NY  10006

CLINICAL CONSULTANTS INTERNATIONAL
LLC
6219 VIREO CT.
LAKE WORTH, FL  33463

CLINICAL NETWORK SERVICES (CNS) PTY
LTD.
LEVEL 4, 88 JEPHSON STREET
QLD
TOOWONG  QLD 4066  AUSTRALIA

CLINIGEN HEALTHCARE LIMITED
PITCAIRN HOUSE CROWN SQUARE
CENTRUM 100
STAFFORDSHIRE
BURTON-ON-TRENT  DE14 2WW  UNITED
KINGDOM

CLYNPROJECT CONSULTING LLC
9733 COOLEY LAKE ROAD
COMMERCE TOWNSHIP, MI  48382

CNA FINANCE
9605 NW 4 STREET
CORAL SPRINGS, FL  33071

COGENCY GLOBAL INC
122E 42ND STREET 18TH FLOOR
NEW YORK, NY  10168

COMERICA BANK INTERNATIONAL TRADE
SVCS
LETTERS OF CREDIT AND TRADE SERVICE
2321 ROSECRANS AVE. 5TH FLOOR
EL SEGUNDO, CA  90245

COMERICA BANK
226 AIRPORT PARKWAY
SAN JOSE, CA  95110-4348

COMERICA BANK
ATTN: WILLIAM W BUCHANAN
226 AIRPORT PARKWAY
SAN JOSE, CA  95110-4348

COMERICA BANK
ATTN: WILLIAM W BUCHANAN
P. O. BOX 75000
MAIL CODE 7599
DETROIT, MI  48275

COMERICA COMMERCIAL CARD SERVICES
CREDIT CARD SERVICES 226 AIRPRT PKWY
SAN JOSE, CA  95110-4348

COMMONWEALTH BIOPHARMA, LLC
33 CRESCENT AVENUE
BEVERLY, MA  01915

COMMSTRAT
113 RUE TAHERE
SAINT-CLOUD  92210
FRANCE

COMPUTERSHARE, INC.
DEPT CH 19228
PALATINE, IL  60055-9228

COOLEY LLP
101 CALIFORNIA STREET 5TH FLOOR
SAN FRANCISCO, CA  94111-5800

COPYRIGHT CLEARANCE CENT
29118 NETWORK PLACE
CHICAGO, IL  61673-1291

COUNTY OF SAN MATEO
555 COUNTY CENTER
REDWOOD CITY, CA  94063

COVANCE LABORATORIES INC.
3301 KINSMAN BLVD
MADISON, WI  53704

CPA GLOBAL
2318 MILL ROAD, 12TH FLOOR
ALEXANDRIA, VA  22314

CREDENTIAL SECS INC (5083)
DANIELLE MONTANARI/PROXY MGR
700 - 1111 W. GEORGIA ST
VANCOUVER, BC  V6E 4T6
CANADA

CREST INTL NOMINEES LTD (2012)
ATT NATHAN ASHWORTH/PROXY MGR
33 CANNON ST
LONDON  EC4M 5SB
UNITED KINGDOM

CRF INC
PO BOX 536379
PITTSBURGH, PA  15253-5905

CROWLEYS DFK
FINANCE DEPARTMENT
5 LAPPS QUAY
CORK  T12 RW7D
IRELAND

CTI CLINICAL TRIAL SERVICES, INC
MICHAEL KARWISCH
100 E. RIVERCENTER BLVD.
SUITE 1600
COVINGTON, KY  41011

CUSIP GLOBAL SERVICES
55 WATER ST
NEW YORK, NY  10041

CYGNUS TECHNOLOGIES
4332 SOUTHPORT SUPPLY ROAD SE
SOUTHPORT, NC  28461

D5 SERVICE, LLC
PROFESSIONAL CLINICAL SERVICES, INC
845 LOST ANGEL ROAD
BOULDER, CO  80302

DANESTAT CONSULTING LIMITED
161 PARK LANE
MACCLESFIELD  SK11 6UB
UNITED KINGDOM

DATASAFE
PO BOX 7794
SAN FRANCISCO, CA  94120

DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DAWSON JAMES SECURITIES, INC.
1 NORTH FEDERAL HIGHWAY, STE 500
BOCA RATON, FL  33432

DE GRUTTOLA, VICTOR
[ADDRESS REDACTED]

DELAWARE DEPARTMENT OF LABOR
4425 NORTH MARKET S
WILMINGTON, DE  19802

DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN, DE  19947

DELAWARE DIVISION OF REVENUE
540 S DUPONT HIGHWAY
DOVER, DE  19901

DELAWARE DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON, DE  19801

DELAWARE HEALTH AND SOCIAL SERVICES
MAIN ADMINSTRATION BUILDING
ATTN: GABRIELA KEJNER CHIEF OF STAFF
1901 N. DUPONT HIGHWAY
NEW CASTLE, DE  19720

DELAWARE STATE BOARD OF PHARMACY
CANNON BUILDING
861 SILVER LAKE BLVD, STE 203
DOVER, DE  19904

DEPARTMENT OF PUBLIC HEALTH
P.O. BOX 997435
SACRAMENTO, CA  95899-7435

DESJARDINS SECS INC.(5028)
ATT KARLA DIAZ/VALUERS MOB.
2 COMPLEXE DESJARDINS TOUR EST
NIVEAU 62
MONTREAL, QC  H5B 1B4  CANADA

DEUTSCHE BANK (2690)
ATT REORG MGR
5022 GATE PKWY
STE 200
JACKSONVILLE, FL  32256

DEWCORP. LTD.
1053, ZERO BLDG., 14 TEHERAN-RO 84GIL
GANGAM-GU
SEOUL
SOUTH KOREA

DOCUMENT SOLUTIONS GROUP INC.
325 TECHNOLOGY DRIVE
MALVERN, PA  19355

DOOR MARKETING GROUP
37 W 17TH STREET, 5TH FLOOR
NEW YORK, NY  10011

DRIVEWEALTH, LLC (2402)
ATT PROXY MGR
15 EXCHANGE PL
JERSEY CITY, NJ  07302

DURRANT, CAMERON
[ADDRESS REDACTED]

DURRANT, CAMERON
[ADDRESS REDACTED]

EASLEY, SABRINA
[ADDRESS REDACTED]

EDWARD JONES (0057)
ATT DEREK ADAMS OR PROXY DEPT
CORPORATE ACTS & DISTRIBUTION
12555 MANCHESTER RD
ST. LOUIS, MO  63131

EDWARD JONES/CDS (5012)
ATT NICK HUMMELL OR PROXY MGR
1255 MANCHESTER RD
ST. LOUIS, MO  63131

ELEMENT MATERIALS TECHNLGY ANN
ARBOR LLC
4840 VENTURE DRIVE
ANN ARBOR, MI  48108

EMD MILLIPORE CORPORATION
C/O NELSON MULLINS RILEY &
SCARBOROUGH
ONE FINANCIAL CENTER
SUITE 3500
BOSTON, MA  02111

EMD MILLIPORE
400 SUMMIT DRIVE
BURLINGTON, MA  01803

EMERGE HEALTHCARE LLC
25 BEDFORD ROAD
SUMMIT, NJ  07901

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 989061
WEST SACRAMENTO, CA  95798-9061

EMPLOYMENT SCREENING SERVICES, INC.
627 E SPRAGUE AVE
SUITE 100
SPOKANE, WA  99202

ENGELNOVITT, PLLC
1832 CONNECTICUT AVENUE, N.W
WASHINGTON, DC  20009-5732

EPIVAX, INC.
188 VALLEY STREET, SUITE 424
PROVIDENCE, RI  02909

EQUISOLVE, INC.
3500 SW CORPORATE PARKWAY., SUITE 206
PALM CITY, FL  34990

ETRADE FINANCIAL CORP SERVICES
ATTN: ACCOUNTS RECEIVABLE
PO BOX 3512
ARLINGTON, VA  22203

ETRADE FINANCIAL CORP SERVICES
WHITNEY WATSON
671 N GLEBE RD
SUITE 1000
ARLINGTON, VA  22203

EUKU LLC
C/O EDWIN URRUTIA
442 LITTLEFIELD AVE
SAN FRANCISCO, CA  94080

EUROFINS BIOPHARMA PROD TESTING
COLUMBIA
4780 DISCOVERY DRIVE,
COLUMBIA, MO  65201

EUROFINS CENTRAL LABORATORY, LLC
2425 NEW HOLLAND PIKE
LANCASTER, PA  17601

EVALUATE LTD.
11-29 FASHION STREET
LONDON  E1 6PX
UNITED KINGDOM

EVERSANA LIFE SCIENCES, LLC
190 N MILWAUKEE STREET
MILWAUKEE, WI  53202

FALVEY INSURANCE GROUP
66 WHITECAP DRIVE
NORTH KINGSTOWN, RI  02852

FDA OFFICE OF REGULATORY AFFAIRS
19701 FAIRCHILD ROAD
IRVINE, CA  92612

FEDEX
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN  38120

FIDELITY
245 SUMMER ST
BOSTON, MA  02205

FINANCIAL & IT CONSULTANTS, LLC
701 TADLOCK DRIVE
RALEIGH, NC  27614

FINANCIAL ACCOUNTNG STANDARDS
BOARD FASB
PO BOX 418272
BOSTON, MA  02241-8272

FINANCIAL INDUSTRY REGULATORY
AUTHORITY
1735 K STREET, NW
WASHINGTON, DC  20006

FISHER BIOSERVICE INC
14665 ROTHGEB DR
ROCKVILLE, MD  20850

FISHER BIOSERVICES, INC.
PO BOX 418395
BOSTON, MA  02241-8395

FISHER CLINICAL SERVICES, INC.
13741 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

FLEMING CONSULTING, INC.
3531 NE 166TH STREET
SEATTLE, WA  98155

FLEMING, NANCY C.
[ADDRESS REDACTED]

FOLIO INVESTMENTS, INC. (0728)
ATT ASHLEY THEOBALD/PROXY MGR
8180 GREENSBORO DR
8TH FL
MCLEAN, VA  22102

FOLIO INVESTMENTS. INC.
8180 GREENSBORO DRIVE 8TH FLOOR
MCLEAN, VA  22102

FOOD AND DRUG ADMINISTRATION (FDA)
10903 NEW HAMPSHIRE AVE
SILVER SPRING, MD  20993

FOOD AND DRUG ADMINISTRATION (FDA)
555 12TH ST
OAKLAND, CA  94607

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA  94257-0531

FUTU CLEARING INC. (4272)
ATT COLLETE REX
12750 MERIT DR, STE 475
DALLAS, TX  75251

GAD CONSULTING SERVICES
4008 BARRETT DRIVE, SUITE 201
RALEIGH, NC  27609

GILBERT & TOBIN
L 35, TOWER TWO, INTERNATIONAL
TOWERS SYDNEY
200 BARANGAROO AVENUE
BARANGAROO  2000  AUSTRALIA

GLOBAL LIFE SCIENCES SOLUTIONS USA LLC
100 RESULTS WAY
MARLBOROUGH, MA  01752

GLOBAL LIFE SCIENCES SOLUTIONS USA LLC
D/B/A CYTIVA
100 RESULTS WAY
MARLBOROUGH, MA  01752

GOLDMAN SACHS (0005)
ATT MEGHAN SULLIVAN/PROXY DEPT
30 HUDSON ST
JERSEY CITY, NJ  07302

GOODWIN PROCTER LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVE.
NEW YORK, NY  10018-1405

GREENBAUM, SCOTT
C/O LEVI & KORSINSKY, LLP
33 WHITEHALL ST
17TH FLOOR
NEW YORK, NY  10004

GREENBAUM, SCOTT
C/O POMERANTZ LLP
600 3RD AVENUE
NEW YORK, NY  10016

GRIGGS, ROGER
[ADDRESS REDACTED]

GS CAPITAL PARTNERS LLC
200 WEST STREET
NEW YORK, NY  10282

GUARDIAN
10 HUDSON YARDS
NEW YORK, NY  10001

GUARDIAN
PO BOX 824404
PHILADELPHIA, PA  19182-4404

H LEE MOFFITT CANCER CTR & RESEARCH
INST
PO BOX 742801 100 CAMPUS DRIVE
ATLANTA, GA  30374-2801

H1ACCESS LIMITED
26 HIGH STREET
HERTFORDSHIRE  WD2 1ER
UNITED KINGDOM

HARKONEN, W SCOTT
[ADDRESS REDACTED]

HAYWOOD SECS INC./CDS (5058)
ATT PROXY MGR
400 BURRARD ST
STE 700
VANCOUVER, BC  V6C 3L6  CANADA

HERCULES CAPITAL, INC.
400 HAMILTON AVE. STE 310
PALO ALTO, CA  94301

HILLTOP SECS (0279)
ATT PROXY DEPT
1201 ELM ST
STE 3500
DALLAS, TX  75270

HOGAN LOVELLS US LLP
875 THIRD AVENUE
NEW YORK, NY  10022

HOGAN LOVELLS US LLP
ALAN DYE
COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC  20004

HOHNEKER, JOHN ARTHUR
[ADDRESS REDACTED]

HOLLIS PUBLIC AFFAIRS, INC.
200 PARK AVENUE, SUITE 1700
NEW YORK, NY 10166

HORNE, LLP
1020 HIGHLAND COLONY PARKWAY
STE 400
RIDGELAND, MS 39157

HORNE, LLP
661 SUNNYBROOK RD SUITE 100
RIDGELAND, MS 39157

HSBC BANK USA/CLEARING (8396)
ATT BARBARA SKELLY/PROXY MGR
545 WASHINGTON BLVD
10TH FL
JERSEY CITY, NJ 07310

ICE SYSTEM, INC (DBA PROXYTRUST)
100 PATCO CT. SUITE 9
ISLANDIA, NY 11749

ICON CLINICAL RESEARCH LTD
8282 HALSEY RD
WHITESBORO, NY 13492

ICON CLINICAL RESEARCH LTD
SOUTH COUNTY BUSINESS PARK
LEOPARDSTOWN
DUBLIN D18 X5R3
IRELAND

ICON LABORATORY SERVICES INC
ATTN: ACCOUNTS RECEIVABLE DEPT
P.O BOX 9574
NEW YORK, NY 10087-9574

ICR OPCO, LLC
761 MAIN AVENUE
NORWALK, CT 06851

IGOE AND COMPANY
PO BOX 501480
SAN DIEGO, CA 92150

INC RESEARCH, LLC
1030 SYNC ST
MORRISVILLE, NC 27560-5468

INCORPORATING SERVICES, LTD.
3500 S DUPONT HWY
DOVER, DE 19901

INCROWD, INC.
480 PLEASANT STREET SUITE B100
WATERTOWN, MA 02472

INDEGENE
150 COLLEGE ROAD W, SUITE 104,
PRINCETON, NJ 08540

INNISFREE M&A INCORPORATED
501 MADISON AVE 20TH FLOOR
NEW YORK, NY 10022-5606

INTACT FINANCIAL CORPORATION
150 ROYALL STREET, SUITE 100
CANTON, MA 02021

INTACT SERVICES USA LLC
605 HIGHWAY 169 N
PLYMOUTH, MN 55441

INTACT SERVICES USA LLC
PO BOX 371871
PITTSBURGH, PA 15250-7871

INTEGRATED COMMERCIALIZATION
SOLUTIONS
12601 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

INTEGRICHAIN, INC.
8 PENN CENTER, 3RD FLOOR, 1628 JFK BLVD
PHILADELPHIA, PA 19103

INTERACTIVE BROKERS (0534)
ATT KARIN MCCARTHY/PROXY DEPT
2 PICKWICK PLAZA, 2ND FL
GREENWICH, CT 06830

INTERACTIVE SERVICES
DAMASTOWN TECHNOLOGY PARK
MULHUDDART
DUBLIN D15 Y46P
IRELAND

INTERNAL REVENUE SERVICE LOCAL OFFICE
21309 BERLIN RD UNIT 13
GEORGETOWN, DE 19947

INTERNAL REVENUE SERVICE LOCAL OFFICE
600 ARCH STREET
PHILADELPHIA, PA 19106

INTERNAL REVENUE SERVICE LOCAL OFFICE
611 S. DUPONT HWY
DOVER, DE 19904

INTERNAL REVENUE SERVICE LOCAL OFFICE
844 KING ST
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE LOCAL OFFICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERTRUST MANAGEMENT IRELAND
LIMITED
2ND FLOOR, 1-2 VICTORIA BUILDINGS
HADDINGTON ROAD
DUBLIN D04 XN32
IRELAND

INTL FCSTONE FIN, INC. (0750)
ATT KEN SIMPSON OR PROXY MGR
2 PERIMETER PARK,
STE 100W
BIRMINGHAM, AL 35209

INTRADO DIGITAL MEDIA, LLC FKA WEST LLC
11808 MIRACLE HILLS DR
OMAHA, NE 68154

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL  60672-1247

ISSUER DIRECT CORPORATION
1 GLENWOOD AVE SUITE 1001
RALEIGH, NC  27603-2582

JP. MORGAN/CLEARING (0352)
ATT CORPORATE ACTIONS TEAM
500 STANTON CHRISTIANA RD.
NCC5 FL3
NEWARK, DE  19713

JABOURI, ZINA
[ADDRESS REDACTED]

JACKSON HOLE STRATEGIC ADVISORS
P.O. BOX 11869
JACKSON, WY  83002

JAMS, INC.
P.O. BOX 845402
LOS ANGELES, CA  90084

JANNEY MONT. SCOTT INC. (0374)
ATT KURT DODDS OR PROXY MGR
1717 ARCH ST, 17TH FL
PHILADELPHIA, PA  19103

JEFF YUEN & ASSOCIATES, INC.
P.O. BOX 6026
ORANGE, CA  92863-6026

JORDAN, EDWARD P
[ADDRESS REDACTED]

JP MORGAN
JP MORGAN SECURITIES LLC
383 MADISON AVENUE
NEW YORK, NY  10179

JPMORGAN CHASE (0902/ 1970)
ATTN C MANOS/M GREEN
575 WASHINGTON BLVD. 6TH FL
JERSEY CITY, NJ  07310

K PERRY LAW
COUNSEL TO THE DIP LENDER
ATTN: KRISTEN PERRY, ESQ.
1 LEIGH STREET
CLINTON, NJ  08809

KARANA BIOTECH, LLC
6781 HEALTHFIELD DR.
SAN JOSE, CA  95120

KBA DOCUSYS
32900 ALVARADO NILES RD  100
UNION CITY, CA  94587

KEYBANK NATL ASSOC (2205)
ATT WILLIAM WEBBER/PROXY MGR
4900 TIEDEMAN RD
BROOKLYN, OH  44144

KILCOYNE, ADRIAN
[ADDRESS REDACTED]

KILPATRICK TOWNSEND & STOCKTON LLP
DEPT  34542 PO BOX 39000
SAN FRANCISCO, CA  94139

KITE PHARMA, INC
2400 BROADWAY
SANTA MONICA, CA  90404

KLEINBERG KAPLAN WOLFF & COHEN P.C.
ZACHARY ABU-ORF
500 FIFTH AVENUE
NEW YORK, NY  10110

KORN FERRY
NW 5854 P.O. BOX 1450
MINNEAPOLIS, MN  55485-5854

KOVACS, DAVID J
[ADDRESS REDACTED]

KP PHARMACEUTICAL TECHNOLOGY, INC.
1212 WEST RAPPEL AVENUE
BLOOMINGTON, IN  47404-1702

LAM, MORGAN
[ADDRESS REDACTED]

LAU, CHRIS
[ADDRESS REDACTED]

LAZARYAN, ALEKSANDR
[ADDRESS REDACTED]

LD MICRO, INC
11040 BOLLINGER CANYON RD
STE E-405
SAN RAMON, CA  94582

LEEDE FIN MKTS (5071)
CRAIG GOODWIN OR PROXY MGR
FIRST ALBERTA PL
777 8TH AV SW, STE 2300
CALGARY, AB  T2P 3R5  CANADA

LEGASPI, EVERARDO
[ADDRESS REDACTED]

LEUNG, KARINA
[ADDRESS REDACTED]

LEW, SANDRA
[ADDRESS REDACTED]

LIFE SCIENCE LEGAL LLC
214 SOUTH SPRING STREET
INDEPENDENCE, MO  64050

LIGHTHOUSE SEVICES LLC
1710 WALTON RD., SUITE 204
BLUE BELL, PA  19422

LO, ADRIAN C
[ADDRESS REDACTED]

LO, ADRIAN C
[ADDRESS REDACTED]

LOCKTON COMPANIES, LLC
KATIE LEWARK
444 W. 47TH STREET, SUITE 900
KANSAS CITY, MO  64112

LONZA SALES AG
ATTN GENERAL COUNSEL
MUNCHENSTEINERSTRASSE 38
BASEL  8001
SWITZERLAND

LONZA SALES AG
LONZA BIOLOGICS PLC
ATTN COMPANY SECRETARY
228 BATH RD
SLOUGH  UNITED KINGDOM

LONZA SALES LTD
JAIME OKRAY
MUNCHENSTEINERSTRASSE 38
BASEL  8001
SWITZERLAND

LPL FIN CORP (0075)
ATT CORPORATE ACTIONS
1055 LPL WAY
FORT MILL, SC  29715

LSCS HOLDINGS, INC
MARIE RUIZ
190 N MILWAUKEE ST.
MILWAUKEE, WI  53202

LUDWIG INSTITUTE FOR CANCER
RESEARCH LTD
PO BOX 8070
ZURICH
SWITZERLAND

LUDWIG INSTITUTE FOR CANCER RESEARCH
ATTN A MUNRO NEVILLE
STADELHOFERSTRASSE 22
ZURICH  8001
SWITZERLAND

LUDWIG INSTITUTE FOR CANCER RESEARCH
ATTN E MCDERMOTT,  LLOYD J OLD
605 3RD AVE, 33RD FL
NEW YORK, NY  10158

MA BOARD OF REGISTRATION IN PHARMACY
239 CAUSEWAY ST, 5TH FL, STE 500
BOSTON, MA  02114

MA DEPT OF UNEMPLOYMENT ASSISTANCE
19 STANIFORD ST
BOSTON, MA  02114-2502

MA DEPT OF UNEMPLOYMENT ASSISTANCE
PO BOX 419815
BOSTON, MA  02241-9815

MADRID, HENRY
[ADDRESS REDACTED]

MADRID, HENRY
[ADDRESS REDACTED]

MAILEY, JOSHUA
C/O LEVI & KORSINSKY, LLP
33 WHITEHALL ST
17TH FLOOR
NEW YORK, NY  10004

MAILEY, JOSHUA
C/O POMERANTZ LLP
600 3RD AVENUE
NEW YORK, NY  10016

MAILEY, JOSHUA
C/O THE SCHALL LAW FIRM
2049 CENTURY PARK EAST
SUITE 2460
LOS ANGELES, CA  90067

MARKEN LLP
145-43 226TH ST
SPRINGFIELD GARDENS, NY  11413

MARKEN LLP
ATTN LEGAL DEPARTMENT
107 POWER RD, GROUND FL
CHISWICK
UNITED KINGDOM

MARKEN LLP
KIMBERLY MEINEN
215 W. BRIDGEWATER RD
BRIDGEWATER BUSINESS PARK
ASTON, PA  19014

MARKSMEN INC
25 E MAIN STREET CT, STE 200
ALPINE, UT  84004

MARSCO INVESTMENT CORP (0287)
ATT KAREN JACOBSEN/PROXY MGR
101 EISENHOWER PKWY
ROSELAND, NJ  07068

MARTELL, RONALD
[ADDRESS REDACTED]

MASSACHUSETTS DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
ONE ASHBURTON PLC, STE 2112
BOSTON, MA  02108

MASSACHUSETTS DEPT OF REVENUE
DIVISION OF LOCAL SERVICES
100 CAMBRIDGE ST, 6TH FL
BOSTON, MA  02114-9569

MASSACHUSETTS DEPT OF REVENUE
DIVISION OF LOCAL SERVICES
PO BOX 9569
BOSTON, MA  02114-9569

MASSACHUSETTS OFFICE OF HEALTH &
HUMAN
SERVICES
EXECUTIVE OFFICE
1 ASHBURTON PLACE
BOSTON, MA  02108

MAY, ALLAN
[ADDRESS REDACTED]

MAYO CLINIC
PO BOX 860334
ROCHESTER, MN  55486

MAYO CLINICAL VENTURES
200 1ST ST SW MN BIOBUSINESS CENTER 4
ROCHESTER, MN  55905

MAYO VALIDATION SUPPORT SVCS
3050 SUPERIOR DRIVE NW
ROCHESTER, MN  55901

MCI SUISSE SA
9 RUE DU PRE-BOUVIER
SATIGNY 1242
SWITZERLAND

MEDIANT COMMUNICATIONS INC
P.O. BOX 29975
NEW YORK, NY  10087

MEDIATRACKS COMMUNICATIONS
2250 E. DEVON AVENUE SUITE 150
DES PLAINES, IL  60018-4507

MEDIDATA SOLUTIONS, INC.
350 HUDSON STREET FL. 9
NEW YORK, NW  10014

MEDINVEST CONFERENCES LLC
233 EAST 86TH STREET
NEW YORK, NY  10028

MEDSCAPE LLC
12186 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

MERCURY FUNDING CO, LLC
1 SYCAMORE DRIVE
SANDS POINT, NY  11050

MERRILL COMMUNICATIONS LLC
CM-9638
ST PAUL, MN  55170-9638

METABALL CREATIVE, INC
14460 FALLS OF NEUSE RD SUITE 149-370
RALEIGH, NC  27614

MHRA
10 SOUTH COLONNADE
CANARY WHARF
LONDON  E14 4PU
UNITED KINGDOM

MIMECAST NORTH AMERICA, INC.
191 SPRING STREET
LEXINGTON, MA  02421

MODAKA
22 RUE DE LECHIQUIER
PARIS 75010
FRANCE

MOORE, GERALDINE
[ADDRESS REDACTED]

MORA, PATRICIA C
[ADDRESS REDACTED]

MORALES, MIGUEL
[ADDRESS REDACTED]

MORGAN STANLEY & CO. (0050/ 0015)
ATT MS PROXY DEPT
1300 THAMES ST WHARF
BALTIMORE, MD  21231

MORRIS, TIMOTHY E
[ADDRESS REDACTED]

MURPHY, MCKAY & ASSOCIATES, INC.
1990 N CALIFORNIA BLVD
WALNUT CREEK, CA  94596

NASDAQ CORP SOLUTIONS, LLC
PO BOX 780700
PHILADELPHIA, PA  19178-0700

NATIONAL SECURITIES CORPORATION
5000 T-REX AVENUE SUITE 300
BOCA RATON, FL  33431

NATL FIN SVCS. (0226)
ATT SEAN COLE OR PROXY DEPT
NEWPORT OFFICE CTR III
499 WASHINGTON BLVD
JERSEY CITY, NJ  07310

NBCN INC. /CDS (5008)
ATT DANIEL NTAP OR PROXY MGR
1010 DE LA GAUCHETIERE OUEST
STE 1925
MONTREAL, QC  H3B 5J2  CANADA

NELSON LABORATORIES, LLC
6280 S. REDWOOD ROAD
SALT LAKE CITY, UT  84123

NESS CAPITAL & CONSULTING LLC
28 THURSTON DRIVE
LEE, NH  03861

NEW JERSEY DEPT OF HEALTH
369 S WARREN ST
TRENTON, NJ  08608-2308

NEW JERSEY DEPT OF HEALTH
PO BOX 360
TRENTON, NJ  08625-0360

NEW JERSEY DEPT OF LABOR &
WORKFORCE
DIVISION OF EMPLOYER ACCTS PO BOX 929
TRENTON, NJ  08646-0929

NEW JERSEY DEPT OF LABOR
DIV OF WAGE AND HOUR COMPLIANCE
1 JOHN FITCH PLAZA 3RD FL
TRENTON, NJ  08611

NEW JERSEY DEPT OF LABOR
DIV OF WAGE AND HOUR COMPLIANCE
PO BOX 389
TRENTON, NJ  08625-0389

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF ADMINISTRATION
PO BOX 311
TRENTON, NJ  08625-0211

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON, NJ  08695-0245

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 002
TRENTON, NJ  08625-0002

NEW JERSEY STATE BOARD OF PHARMACY
PO BOX 45013
NEWARK, NJ  07101

NEWSFILE CORP
1100 MELVILLE STREET
SUITE 380
VANCOUVER, BC  V6E 4A6
CANADA

NEXPEDIA HOLDINGS CO., LTD.
960, ZERO BLDG., TEHERAN-RO 84GIL
14 GANGAM-GU
SEOUL
SOUTH KOREA

NEXTWORKS
P.O. BOX 174
PRINCETON, NJ  08542-0174

NOBLE CAPITAL MARKETS, INC.
225 NE MIZNER BLVD.,  150
BOCA RATON, FL  33432

NOMIS BAY LTD
C/O EOM MANAGEMENT LTD.
ANDREWS PLACE, 51 CHURCH ST.,
5TH FLOOR
HAMILTON  HM  BERMUDA

NORMAN, BRETT
[ADDRESS REDACTED]

NORTHERN TST CO, THE (2669)
ATT ANDREW LUSSEN OR PROXY MGR
801 S. CANAL ST
ATT: CAPITAL STRUCTURES-C1N
CHICAGO, IL  60607

NOVELLA
PO BOX 63267
CHARLOTTE, NC  28263-3267

NTHERAPEUTICS LLC
10705 E. BUTHERUS DRIVE
SCOTTSDALE, AZ  85255-8588

OBSIDIAN SPECIALTY INSURANCE COMPANY
1330 AVENUE OF THE AMERICAS
SUITE 23A
NEW YORK, NY  10019

OFFICE OF SEC OF STATE OF ALABAMA
HON. JOHN H. MERRILL
PO BOX 5616
MONTGOMERY, AL  36130

OFFICE OF SEC OF STATE OF CALIFORNIA
HON. ALEX PADILLA
1500 11TH ST
SACRAMENTO, CA  95814

OFFICE OF SEC OF STATE OF DELAWARE
HON. JEFFREY W. BULLOCK
TOWNSEND BLDG
401 FEDERAL ST
DOVER, DE  19901

OFFICE OF SEC OF STATE OF
MASSACHUSETTS
HON. WILLIAM FRANCIS GALVIN
MCCORMACK BLDG
1 ASHBURTON PLACE, 17TH FL
BOSTON, MA  02108

OFFICE OF SEC OF STATE OF NEW JERSEY
HON. KIM GUADAGNO
LIEUTENANT GOVERNOR -E
PO BOX 001
TRENTON, NJ  08625

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N MARKET ST, STE 400
WILMINGTON, DE  19801

OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE  19801

OMNICIA, INC.
50 CALIFORNIA STREET,
SUITE 1508
SAN FRANCISCO, CA  94111

OPPENHEIMER & CO. INC. (0571)
ATT COLIN SANDY OR PROXY MGR
85 BROAD ST, 4TH FL
NEW YORK, NY  10004

OPPENHEIMER & CO., INC.
85 BROAD STREET
NEW YORK, NY  10004

ORION
1298 PROSPECT STREET, 1U
LA JOLLA, CA  92037

OTC MARKETS GROUP INC.
PO BOX 29959
NEW YORK, NY  10087-9959

OUTBRAIN INC.
39 WEST 13TH STREET, 3RD FLOOR
NEW YORK, NY  10011

P & L GROUP OF ILLINOIS LTD
24 E 107TH STREET
CHICAGO, IL  60628

PACA GMBH
BODENSEESTRASSE 48
GROEBENZELL 82194
GERMANY

PATHEON BIOLOGICS LLC
GENERAL COUNSEL
4766 LAGUARDIA DRIVE
ST. LOUIS, MO  63134

PATHEON BIOLOGICS, INC.
C/O HEYMAN ENERIO GATTUSO & HIRTZEL
300 DELAWARE AVENUE
SUITE 200
WILMINGTON, DE  19801

PATHEON BIOLOGICS, INC.
C/O THOMSON HINE LLP
1919 M STREET, N.W., SUITE 700
WASHINGTON, DC  20036-3537

PCAOB
PO BOX 418631
BOSTON, MA  02241-8631

PCI PHARMA SERVICES
3001 RED LION ROAD
PHILADELPHIA, PA  19114

PEARL COHEN ZEDEK LATZER BARATZ LLP
1500 BROADWAY, 12TH FL.
NEW YORK, NY  10036

PEARL COHEN ZEDEK LATZER BARATZ LLP
MARK COHEN
7 TIMES SQUARE
19TH FLOOR
NEW YORK, NY  10036

PENSION BENEFIT GUARANTY CORP
DIR. CORP. FINANCE & NEGOTIATION DEPT.
1200 K STREET NW
WASHINGTON, DC  20005

PENSION BENEFIT GUARANTY CORP
GENERAL COUNSEL
1200 K STREET NW
WASHINGTON, DC  20005

PERATON INC.
12975 WORLDGATE DRIVE
HERNDON, VA  20170

PEROTTI, RICHARD A
[ADDRESS REDACTED]

PERSHING (0443)
ATT JOSEPH LAVARA/PROXY DEPT
1 PERSHING PLAZA
JERSEY CITY, NJ  07399

PHARMA SAFETY SOLUTIONS, LLC
16333 VALHALLA DRIVE
NOBLESVILLE, IN  46060

PHARMACEUTICAL RESEARCH ASSOC, INC
(PRA)
JESSICA SPAIN
PO BOX 200072
DALLAS, TX  75320-0072

PHARMAPLAN SAS
8 RUE BLAISE PASCAL
CHARTRES 28000
FRANCE

PHARM-OLAM LLC
450 N. SAM HOUSTON PKWY E. SUITE  250
HOUSTON, TX  77060

PHASE IV COMMUNICATIONS
1720 CHANTILLY LANE
CHESTER SPRINGS, PA  19425

PHILL CAP (8460)
ATT PROXY MGR
141 W JACKSON BLVD
CBOT BLDG, STE 3050
CHICAGO, IL  60604

PI FIN CORP/CDS (5075)
ATT ROB MCNEIL OR PROXY MGR
666 BURRARD ST
STE 1900
VANCOUVER, BC  V6C 2G3  CANADA

PIERONI, ALEJANDRO
C/O BRONSTEIN GEWIRTZ & GROSSMAN LLC
40 CALUMET AVENUE
LAKE HIAWATHA, NJ  07034

PIERONI, ALEJANDRO
C/O POMERANTZ LLP
600 3RD AVENUE
NEW YORK, NY  10016

POLSINELLI PC
KEVIN VOLD
1401 I STREET, N.W.
WASHINGTON, DC  20005

POLSINELLI PC
PO BOX 878681
KANSAS CITY, MO  64187-8681

PPD DEVELOPMENT, L.P.
26361 NETWORK PLACE
CHICAGO, IL  60673-1263

PR NEWSWIRE ASSOCIATION, LLC
GPO BOX 5897
NEW YORK, NY  10087-5897

PRECISION FOR MEDICINE, INC
(FORMERLY AGILITY CLINICAL, INC.)
6005 HIDDEN VALLEY RD. STE 170
CARLSBAD, CA  92011

PRICHARD, DAVID W
[ADDRESS REDACTED]

PROACTIVE INVESTORS LLC
767 3RD AVENUE
NEW YORK, NY  10017

Q INTERNATIONAL COURIER LLC
175-28 148TH AVENUE
JAMAICA, NY  11434

QB INC.
469-A KING ST. W
TORONTO, ON  M5V 1K4
CANADA

QUESTRADE INC./CDS (5084)
ATT AL NANJI OR PROXY MGR
5650 YONGE ST
TORONTO, ON  M2M 4G3
CANADA

RAYMOND JAMES ASSOC INC (0725)
ATT ROBERTA GREEN OR PROXY MGR
880 CARILION PKWY
TOWER 2, 4TH FL
ST. PETERSBURG, FL  33716

RAYMOND JAMES LTD./CDS (5076)
ATT JEFF LUNSHOF OR PROXY MGR
2100-925 W GEORGIA ST
VANCOUVER, BC  V6C 3L2
CANADA

RBC CAPITAL MKTS CORP (0235)
ATT STEVE SCHAFER OR PROXY MGR
60 S 6TH ST - P09
MINNEAPOLIS, MN  55402-1106

RBC DOMINION /CDS (5002)
ATT PROXY MGR
2 BLOOR ST E  2300
TORONTO, ON  M4W 1A8
CANADA

RELIANCE TST CO (5409)
ATT TONIE MONTGOMERY
1100 ABERNATHY RD
STE 400
ATLANTA, GA  30328

RESCINO, BARBARA J
[ADDRESS REDACTED]

RESEARCH DATA GROUP, INC DBA RDG
FILINGS
816 ROANOKE BLVD.
SALEM, VA  24153

RESOURCES GLOBAL PROFESSIONALS
(FKA ACCRETIVE SOLUTIONS)
PO BOX 740909
LOS ANGELES, CA  90074-0909

RF OSMOSIS, INC
53 BRIDGE STREET
BROOKLYN, NY  11201

ROBERT W BAIRD & CO INC (0547)
ATTN CORPORATE ACTIONS
777 E WISCONSIN AVE - 9TH FL
MILWAUKEE, WI  53202

ROBINHOOD SECS, LLC (6769)
ATT MEHDI TAIFI
500 COLONIAL CTR PKWY 100
LAKE MARY, FL  32746

ROSERYAN
35473 DUMBARTON COURT
NEWARK, CA  94560

RUTLAND, LLC
2033 ALISO CANYON DR
LAKE FOREST, CA  92610

RX MEDICAL DYNAMICS, LLC
CHARLOTTE WRAY
156 FIFTH AVENUE SUITE 1119
NEW YORK, NY  10010

SACHS ASSOCIATES (SWITZERLAND) GMBH
AESCHENVORSTADT 4
BASEL  CH-4051
SWITZERLAND

SAFRA SECS (8457)
ATT PROXY MGR
546 FIFTH AV
NEW YORK, NY  10036

SAGE ENGINEERING SERVICES
1452 WALLACE ROAD
OAKVILLLE, ON  L6L 2Y2

SARMASIK, ALIYE
[ADDRESS REDACTED]

SAVAGE, ROBERT
[ADDRESS REDACTED]

SAY COMMUNICATIONS LLC
245 8TH AVE  1040
NEW YORK, NY  10011

SC&H GROUP, INC
910 RIDGEBROOK ROAD
SPARKS, MD  21152

SCOTIA CAPITAL /CDS (5011)
ATT EVELYN PANDE OR PROXY DEPT
SCOTIA PLAZA
40 KING ST W, 23RD FL
TORONTO, ON  M5H 1H1  CANADA

SECUREX FILINGS, LLC
PO BOX 101750
DENVER, CO  80250

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC  20549

SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
ATTN: WALTER E. JOSPIN, REGIONAL DIR
950 E PACES FERRY, NE, STE 900
ATLANTA, GA  30326-1382

SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
ATTN: PAUL LEVENSON, REGIONAL DIR
33 ARCH ST, 23RD FL
BOSTON, MA  02110-1424

SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN: DAVID A. GLOCKNER, REGIONAL DIR
175 W JACKSON BLVD, STE 1450
CHICAGO, IL  60604

SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
ATTN: JULIE K. LUTZ, REGIONAL DIR
1961 STOUT ST, STE 1700
DENVER, CO  80294-1961

SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
ATTN: SHAMOIL SHIPCHANDLER, REG. DIR
801 CHERRY ST, STE 1900, UNIT 18
FORT WORTH, TX  76102

SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES  REGIONAL OFFICE
ATTN: MICHELE WEIN LAYNE, REGIONAL DIR
444 S FLOWER ST, STE 900
LOS ANGELES, CA  90071

SECURITIES AND EXCHANGE COMMISSION
MIAMI REGIONAL OFFICE
ATTN: ERIC I. BUSTILLO, REGIONAL DIR
801 BRICKELL AVE, STE 1800
MIAMI, FL  33131

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIR
BROOKFIELD PL, 200 VESEY ST, STE 400
NEW YORK, NY  10281-1022

SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ATTN: G. JEFFREY BOUJOUKOS, REG. DIR
ONE PENN CTR, 1617 JFK BLVD, STE 520
PHILADELPHIA, PA  19103

SECURITIES AND EXCHANGE COMMISSION
SALT LAKE CITY REGIONAL OFFICE
ATTN: RICHARD BEST, REGIONAL DIR
351 S. WEST TEMPLE ST, STE 6.100
SALT LAKE CITY, UT  84101

SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
ATTN: JINA CHOI, REGIONAL DIR
44 MONTGOMERY ST, STE 2800
SAN FRANCISCO, CA  94104

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC  20549

SEI PRIVATE TST CO (2663)
ATT ERIC GREENE OR PROXY MGR
ONE FREEDOM VALLEY DR
OAKS, PA  19456

SG AMERICAS SECS, LLC (0286)
ATT PAUL MITSAKOS OR PROXY MGR
1221 AV OF THE AMERICAS
NEW YORK, NY  10020

SHAREHOLDER.COM
C/O WELLS FARGO BANK LOCKBOX 30200
805 KING FARM BLVD.
, BOX 85
PHILADELPHIA, PA  19178-0200

SHOOK, HARDY & BACON L.L.P
2555 GRAND BLVD
KANSAS CITY, MO  64108

SILVA IT PROS, INC.
PO BOX 2204
BRISBANE, CA  94005

SINGER, BRIAN C
[ADDRESS REDACTED]

SLIPSTREAM IT LLC
751 ARBOR WAY, SUITE 100
BLUE BELL, PA  19422

SOCIETY FOR CORPORATE GOVERNANCE
240 W 35TH ST, STE 400
NEW YORK, NY  10001

SOLEBURY TROUT LLC
740 BROADWAY, 9TH FLOOR
NEW YORK, NY  10003

SRAX, INC.
2629 TOWNSGATE RD, SUITE 215
WESTLAKE VILLAGE, CA  91361

STABURO GMBH
ASCHAUER STR. 26A
MUNCHEN 81549
GERMANY

STARSTONE SPECIALTY INSURANCE
COMPANY
185 HUDSON STREET, SUITE 2600
JERSEY CITY, NJ  07311

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL  36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL  36130-0152

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 I ST, STE 1740
SACRAMENTO, CA  95814

STATE OF CALIFORNIA LABOR AND
WORKFORCE DEVELOPMENT AGENCY
800 CAPITOL MALL
MIC 55
SACRAMENTO, CA  95814

STATE OF CALIFORNIA
DEPT OF CONSUMER AFFAIRS PO BOX
942533
SACRAMENTO, CA  94258-0533

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE  19801

STATE OF DELAWARE
DIVISION OF CORPORATIONS PO BOX 5509
BINGHAMTON, NY  13902-5509

STATE OF MASSACHUSETTS ATTORNEY
GENERAL
ATTN: MAURA HEALEY
1 ASHBURTON PLACE
BOSTON, MA  02108-1518

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: CHRISTOPHER S. PORRINO
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - BOX 080
TRENTON, NJ  08625-0080

STATE OF NEW JERSEY
PO BOX 929
TRENTON, NJ  08646-0929

STATE ST (0997 / 2399)
ATT PROXY DEPT
1776 HERITAGE DR
NORTH QUINCY, MA  02171

STICHTING EUROQOL RESEARCH FOUNDATION
MARTEN MEESWEG 107
ROTTERDAM 3068
NETHERLANDS

STIFEL NICOLAUS & CO. (0793)
ATT CHRIS WIEGAND/PROXY DEPT
C/O MEDIANT COMMUNCATIONS
501 N. BROADWAY
ST. LOUIS, MO  63102

STOCKCROSS FIN (0445)
ATT DIANE TOBEY OR PROXY MGR
77 SUMMER ST
BOSTON, MA  02210

STRATEGIC HEALTH SOLUTIONS, LLC
1515 15TH ST NW, SUITE 405
WASHINGTON, DC  20005

STRATIUM CONSULTING
913 KEITH ROAD
WAKE FOREST, NC  27587

SUMMIT ANALYTICAL LLC
8354 E NORTHFIELD BLVD. BLDG. G STE 3700
DENVER, CO  80238

SUN, ALLEN
[ADDRESS REDACTED]

TARAN THERAPEUTICS, INC.
5 HAINES COVE DRIVE
TOMS RIVER, NJ  08753

TD AMERITRADE CLEARING (0188)
ATT MANDI FOSTER OR PROXY MGR
200 S. 108TH AVE
OMAHA, NE  68154

TDWATERHOUSE CANADA/CDS (5036)
ATT YOUSUF AHMED OR PROXY MGR
77 BLOOR ST WEST
3RD FL
TORONTO, ON  M4Y 2T1  CANADA

TEXAS TREASURY SFKPG (2622)
ATT JANIE DOMINGUEZ/PROXY MGR
208 E. 10TH ST
ROOM 410
AUSTIN, TX  78701

THE CHUBB CORPORATION
P.O. BOX 5104
SCRANTON, PA  18505-0517

THE LEARNED SOCIETY OF WALES
UNIVERSITY REGISTRY
KING EDWARD VII AVENUE
CARDIFF  CF10 3NS
UNITED KINGDOM

THERMA CORP
1601 LAS PLUMAS AVENUE
SAN JOSE, CA  95133

THOMAS LAW LLC
1521 CONCORD PIKE SUITE 301
WILMINGTON, DE  19803

TOM WEBER CMC CONSULTING, LLC
408 MONARCH PL,
LAHAINA, HI  96761

TOUSLEY, DAVE
[ADDRESS REDACTED]

TRADESTATION SECS (0271)
ATT CORPORATE ACTIONS
8050 SW 10TH ST, STE 2000
PLANTATION, FL  33324

TRANSPERFECT TRANSLATIONS INTERNATIONAL
1250 BROADWAY, 32ND FLOOR
NEW YORK, NY  10001

TRBOVICH, KEN
[ADDRESS REDACTED]

TWO LABS HOLDINGS, LLC
P.O. BOX 933205
CLEVELAND, OH  44193

U.S.  DEPT OF STATE
DIRECTORATE OF DEFENCE TRADE CONTROLS
COMPLIANCE & REGISTRATION DIV
2401 E STREET NW, SA-1, RM H1200
WASHINGTON, DC  20522-0112

U.S. BANCORP INVEST (0280)
ATT KEVIN BROWN OR PROXY MGR
60 LIVINGSTON AVE
ST. PAUL, MN  55107-1419

U.S. BANK N.A. (2803)
ATT PAUL KUXHAUS OR PROXY MGR
1555 N. RIVER CTR DR
STE 302
MILWAUKEE, WI  53212

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530-0001

U.S. DEPT HEALTH & HUMAN SERVICES
200 INDEPENDENCE AVE, SW
WASHINGTON, DC  20201

UBS FIN SVCS LLC (0221)
ATT PROXY DEPT - JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN, NJ  07086

UBS SECS LLC (0642 / 5284)
ATT MICHAEL HALLET/PROXY MGR
PROXY DEPT
315 DEADRICK ST
NASHVILLE, TN 37238

UNITED HEALTH CARE PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

UNITEDHEALTH GROUP
9800 HEALTH CARE LN
MINNETONKA, MN 55343

UNIVERSITY OF BIRMINGHAM
142 EDGBASTON PARK ROAD
BIRMINGHAM  B15 2TT
UNITED KINGDOM

UNIVERSITY OF BIRMINGHAM
ATTN DIR OF RESEARCH SUPPORT SVCS
FINANCE OFFICE
EDGBASTON
BIRMINGHAM  UNITED KINGDOM

UNIVERSITY OF BIRMINGHAM
ATTN SR RESEARCH CONTRACTS MGR
EDGBASTON
BIRMINGHAM
UNITED KINGDOM

UNIVERSITY OF MIAMI
PO BOX 405803
ATLANTA, GA 30384-5803

UNIVERSITY OF ZURICH
C/O UNITECTRA, TECH TRANSFER
SCHEUCHZERSTRASSE 21
ZURICH 8006
SWITZERLAND

UNIVERSITY OF ZURICH
RAMISTRASSE 71
ZURICH 8006
SWITZERLAND

UNIVERSITY OF ZURICH
SANDRA CAMPIGOTTO
HIRSCHENGRABEN 48
ZURICH 8001
SWITZERLAND

UPPSALA MONITORING CENTRE
BOX 1051
UPPSALA 75140
SWEDEN

US DEPARTMENT OF LABOR
S-2521
200 CONSITUTION AVE, NW
WASHINGTON, DC 20210

US TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DS 20220

VAN ARSDALE, TRACI
[ADDRESS REDACTED]

VAN SCOYOC ASSOCIATES
800 MAINE AVE SW STE 800
WASHINGTON, DC 20024

VANGUARD GROUP FOR LEADERSHIP LLC,
THE
205 EAST 59TH STREET., APT  23B
NEW YORK, NY 10022

VANGUARD MARKETING CORP (0062)
ATT BEN BEGUIN OR PROXY MGR
14321 N. NORTHSIGHT BLVD
SCOTTSDALE, AZ 85260

VELOCITY CLEARING (0294)
ALFRED PENNISI OR PROXY MGR
100 WALL ST
26TH FL
NEW YORK, NY 10005

VELOX CLEARING LLC (3856)
ATT PROXY MGR
2400 E. KATELLA AVE
STE 725
ANAHEIM, CA 92806

VERTA LIFE SCIENCES LLC
4242 SIX FORKS RD SUITE 1550
RALEIGH, NC 27609

VICTORIA HAMLIN CONSULTING
324 CHESHAM AVENUE
SAN CARLOS, CA 94070

VINCE & ASSOCIATES
BRADLEY D. VINCE, D.O.
10103 METCALF AVENUE
OVERLAND PARK, KS 66212

VIRTU AM (0295)
ATT JANICA BRINK OR PROXY MGR
300 VESEY ST
NEW YORK, NY 10282

VIRUSURE
DONAU CITY STRASSE 1
VIENNA  A-1220
AUSTRIA

VISION FIN MKTS LLC (0595)
ATT OPS DEPT
120 LONG RIDGE RD, 3 NORTH
STAMFORD, CT 06902

VITAL RECORDS HOLDING, LLC
DEPT. 5874 PO BOX 11407
BIRMINGHAM, AL 35246-5874

VOISIN LIFE SCIENCES CONSULTING
255 SHORELINE DRIVE, SUITE 145
REDWOOD CITY, CA 94065

WALL STREET TRANSCRIPT, THE
622 3RD AVENUE 34TH FLOOR
NEW YORK, NY 10017

WANG, HONG
[ADDRESS REDACTED]

WANG, YUQIANG
[ADDRESS REDACTED]

WCG IRB LLC.
212 CARNEGIE CENTER STE 301
PRINCETON, NJ  08540

WECONVENE INCORPORATED
121 WEST 27TH ST., STE 602
NEW YORK, NY  10001

WEDBUSH MORGAN SECS INC (0103/ 8199)
ATT ALAN FERREIRA OR PROXY MGR
1000 WILSHIRE BLVD., STE 850
LOS ANGELES, CA  90030

WELLS FARGO CLEARSVCS (0141)
ATT PROXY DEPT
ONE NORTH JEFFERSON AVE
ST. LOUIS, MO  63103

WEST PHARMACEUTICAL SERVICES
530 HERMAN O. WEST DRIVE
EXTON, PA  19341

WEX HEALTH, INC (FKA DISCOVERY
BENEFITS)
4321 20TH AVE. S
FARGO, ND  58103

WILLIAM FRY LLP
2 GRAND CANAL SQUARE
DUBLIN  D02 A342
IRELAND

WITHY, RAY
[ADDRESS REDACTED]

WORLD COURIER, INC.
1301-1313 FOURTH AVE
NEW HYDE PARK, NY  11040

WORLD CUSTOM BROKERAGE, INC
1313 4TH AVENUE
NEW HYDE PARK, NY  11040

WOTCZAK GROUP LLC
169 ROCKAWAY AVENUE
GARDEN CITY, NY  11530

WRIGHT, SUSAN C
[ADDRESS REDACTED]

WYCOFF, KEITH
[ADDRESS REDACTED]

XIE, YILI KEVIN
[ADDRESS REDACTED]

YANG, IN CHUL
C/O THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE
40TH FLOOR
NEW YORK, NY  10016

YARRANTON, GEOFFREY
[ADDRESS REDACTED]

YOUNG, ANISA
[ADDRESS REDACTED]

YOUSSOUFIAN, HAGOP
[ADDRESS REDACTED]

Total: 559