IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HUMANIGEN, INC.,[1] | Case No. 24-10003 (BLS) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

    Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Humanigen, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case, hereby files its List of Equity Interest Holders, attached hereto as Exhibit A.

[*remainder of page intentionally left blank*]

---

[1] The Debtor's mailing address in this chapter 11 case is 533 Airport Boulevard, Suite 400, Burlingame, CA 94010 and the last four digits of the Debtor's federal tax identification number are 7236.

11104181v.6

```
```

Dated: January 9, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
M. Blake Cleary (No. 3614)
Aaron H. Stulman (No. 5807)
Brett M. Haywood (No. 6166)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
   astulman@potteranderson.com
   bhaywood@potteranderson.com
   srizvi@potteranderson.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**Exhibit A**

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| ABN AMROCC | Attn: Proxy Dept.<br>175 W. Jackson Blvd.<br>Suite 2050<br>Chicago, IL  60605 | 300 Shares of Common Stock |
| AEIS Advisors | Attn: Greg Wraaslstad/Proxy Mgr.<br>901 3rd Ave. South<br>Minneapolis, MN 55474 | 80007 Shares of Common Stock |
| Apex/Etrade | c/o Broadridge Securities Processing<br>Attn: Yasmine Casseus<br>2 Gateway Ctr<br>283-299 Market St., 16th Floor<br>Newark, NJ  07102 | 2014410 Shares of Common Stock |
| Axos Clearing LLC | Attn: Corporate Actions Dept.<br>1200 Landmark Ctr, Ste. 800<br>Omaha, NE  68102-1916 | 67349 Shares of Common Stock |
| Bank of New York Mellon | Attn: Event Creation<br>500 Grant St.<br>Room 151-1700<br>Pittsburgh, PA  15258 | 1085101 Shares of Common Stock |
| Bank of New York Mellon | Attn: Event Creation<br>500 Grant St.<br>Room 151-1700<br>Pittsburgh, PA  15258 | 44749 Shares of Common Stock |
| BMO Nesbitt Burns/CDS | Attn: Phuthorn Penikett<br>250 Yonge St., 14th Fl.<br>Toronto ON  M5B 2M8<br>Canada | 1128516 Shares of Common Stock |
| BNP Paribas/CUST | Attn: Proxy Dept.<br>525 Washington Blvd., 9th Fl.<br>Jersey City, NJ  07310 | 617 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Bank of America/Global Wealth and Investment Management Test Operations | Attn: Corporate Actions Manager<br>901 Main St., 12th Floor<br>Dallas, TX  75202 | 12510 Shares of Common Stock |
| Bank of America Securities | Attn: Earl Weeks or Proxy Dept.<br>c/o Merrill Lynch Corp. Actions<br>4804 Deer Lake Dr. E.<br>Jacksonville, FL  32246 | 174847 of Common Stock |
| Bank of America Securities | Attn: Earl Weeks or Proxy Dept.<br>c/o Merrill Lynch Corp. Actions<br>4804 Deer Lake Dr. E.<br>Jacksonville, FL  32246 | 63 Shares of Common Stock |
| Barclays Capital | Attn: Corporate Actions/Reorg<br>745 7th Ave., 3rd Fl.<br>New York, NY  10019 | 85591 Shares of Common Stock |
| Brown Bros Harriman & Co | Attn: Corporate Actions/Vault<br>140 Broadway<br>New York, NY  10005 | 4608 Shares of Common Stock |
| Canaccord Genuity/CDS | Attn: Ben Thiessen or Proxy Dept.<br>10337 Pacific Centre<br>2200-609 Granville St.<br>Vancouver, BC V7Y 1H2<br>Canada | 198094 Shares of Common Stock |
| CDS Clear & Depository | Attn: Loretta Verelli/Proxy Mgr.<br>600 Boulevard De Maisonneuve<br>Quest Bureau 210<br>Montreal QC  H3A 3J2<br>Canada | 2400 Shares of Common Stock |
| Cetera | Attn: Angela Handeland/Proxy Mgr.<br>400 1st St. South, Ste. 300<br>St. Cloud, MN  56301 | 10 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Citibank | Attn: Daryl Slater/Reorg Mgr.<br>3800 Citibank Center<br>B3-12<br>Tampa, FL  33610 | 16185223 Shares of Common Stock |
| Charles Schwab & Co. | Attn: Christina Young/Proxy Mgr.<br>2423 East Lincoln Dr.<br>Phoenix, AZ  85016-1215 | 17089 Shares of Common Stock |
| CI Investment Services/CDS | Attn: Deborah Carlyle/Proxy Mgr.<br>4100 Yonge St.. Suite 504A<br>Toronto ON  M2P 2G2<br>Canada | 56180 Shares of Common Stock |
| CIBC World Markets/CDS | Attn: Reed Jon or Proxy Dept.<br>22 Front St. W., 7th Floor<br>Toronto ON  M5J 2W5<br>Canada | 21913614 Shares of Common Stock |
| Citibank, N.A. | Attn: Sherida Sinanan/Proxy Dept.<br>3801 Citibank Center<br>B/3rd Foor/Zone 12<br>Tampa, FL  33610 | 1600 Shares of Common Stock |
| Clear Street LLC | Attn: Proxy Mgr.<br>55 Broadway, Ste. 2102<br>New York, NY  10006 | 15792 Shares of Common Stock |
| Credential Securities Inc. | Attn: Danielle Montanari/Proxy Mgr.<br>700 - 1111 W. Georgia St.<br>Vancouver BC  V6E 4T6<br>Canada | 195439 Shares of Common Stock |
| Crest International Nominees Ltd. | Attn: Nathan Ashworth/Proxy Mgr.<br>33 Cannon St.<br>London<br>EC4M 5SB<br>United Kingdom | 145100 Shares of Common Stock |
| Deutsche Bank | Attn: Reorg Manager<br>5022 Gate Pkwy, Ste. 200<br>Jacksonville, FL  32256 | 34534 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Desjardins Securities Inc. | Attn: Karla Diaz/Valuers MOB.<br>2 Complexe Desjardins Tour Est.<br>Niveau 62<br>Montreal QC  H5B 1B4<br>Canada | 265551 Shares of Common Stock |
| Drivewealth, LLC | Attn: Proxy Mgr.<br>15 Exchange Place<br>Jersey City, NJ  07302 | 18695 Shares of Common Stock |
| Edward Jones | Attn: Derek Adams or Proxy Dept.<br>Corporate Acts & Distribution<br>12555 Manchester Road<br>St. Louis, MO  63131 | 35595 Shares of Common Stock |
| Edward Jones/CDS | Attn: Nick Hummell or Proxy Mgr.<br>12555 Manchester Rd.<br>St. Louis, MO  63131 | 550 Shares of Common Stock |
| Folio Investments, Inc. | Attn: Ashley Theobald/Proxy Mgr.<br>8180 Greensboro Dr., 8th Floor<br>McLean, VA  22102 | 28 Shares of Common Stock |
| Futu Clearing Inc. | Attn: Collette Rx<br>12750 Merit Dr., Ste 475<br>Dallas, TX  75251 | 854258 Shares of Common Stock |
| Goldman Sachs | Attn: Meghan Sullivan/Proxy Dept.<br>30 Hudson St.<br>Jersey City, NJ  07302 | 61739 Shares of Common Stock |
| Haywood Securities Inc./CDS | Attn: Proxy Manager<br>400 Burrard St., Suite 700<br>Vancouver BC  V6C 3L6<br>Canada | 1250 Shares of Common Stock |
| Hilltop Securities | Attn: Proxy Dept.<br>1201 Elm St., Ste. 3500<br>Dallas, TX  75270 | 16500 Shares of Common Stock |
| HSBC Bank USA/Clearing | Attn: Barbara Skelly/Proxy Mgr.<br>545 Washington Blvd., 10th Floor<br>Jersey City, NJ  07310 | 345305 Shares of Common Stock |

11104181v.6

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Interactive Brokers | Attn: Karin McCarthy/Proxy Dept.<br>2 Pickwick Plaza, 2nd Fl.<br>Greenwich, CT  06830 | 4598802 Shares of Common Stock |
| International FCStone Financial, Inc. | Attn: Ken Simpson or Proxy Mgr.<br>2 Perimeter Park<br>Suite 100W<br>Birmingham, AL  35209 | 460 Shares of Common Stock |
| Janney Montgomery Scott Inc. | Attn: Kurt Dodds or Proxy Mgr.<br>1717 Arch St, 17th Fl.<br>Philadelphia, PA  19103 | 6415 Shares of Common Stock |
| JPMorgan Chase | Attn: C. Manos/M. Green<br>575 Washington Blvd., 6th Fl.<br>Jersey City, NJ  07310 | 116970 Shares of Common Stock |
| JPMorgan Chase | Attn: C. Manos/M. Green<br>575 Washington Blvd., 6th Fl.<br>Jersey City, NJ  07310 | 404770 Shares of Common Stock |
| J.P. Morgan/Clearing | Attn: Corporate Actions Team<br>500 Stanton Christiana Rd.<br>Newark, DE  19713 | 3050 Shares of Common Stock |
| KeyBank National Association | Attn: William Webber/Proxy Mgr.<br>4900 Tiedeman Rd.<br>Brooklyn, OH  44144 | 900 Shares of Common Stock |
| Leede Financial Markets | Attn: Craig Goodwin or Proxy Mgr.<br>First Alberta Place<br>777 8th Ave SW, Ste. 2300<br>Calgary AB  T2P 3R5<br>Canada | 133197 Shares of Common Stock |
| LPL Financial Corp. | Attn: Corporate Actions<br>1055 LPL Way<br>Fort Mill, SC  29715 | 1497830 Shares of Common Stock |
| Morgan Stanley & Co. | Attn: MS Proxy Dept.<br>1300 Thames St. Wharf<br>Baltimore, MD  21231 | 953246 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Morgan Stanley & Co. | Attn: MS Proxy Dept.<br>1300 Thames St. Wharf<br>Baltimore, MD  21231 | 12915931 Shares of Common Stock |
| NBCN Inc./CDS | Attn: Daniel Ntap or Proxy Mgr.<br>1010 De La Gauchetiere Ouest<br>Suite 1925<br>Montreal QC H3B 5J2<br>Canada | 132225 Shares of Common Stock |
| National Financial Services | Attn: Sean Cole or Proxy Dept.<br>Newport Office Center III<br>499 Washington Blvd.<br>Jersey City, NJ  07310 | 12408987 Shares of Common Stock |
| The Northern Trust Co. | Attn: Andrew Lussen or Proxy Mgr.<br>801 S. Canal St.<br>Capital Structures-C1N<br>Chicago, IL  60607 | 585 Shares of Common Stock |
| Oppenheimer & Co. Inc. | Attn: Colin Sandy or Proxy Mgr.<br>85 Broad St, 4th Fl.<br>New York, NY  10004 | 34580 Shares of Common Stock |
| Pershing | Attn: Joseph Lavara/Proxy Dept.<br>1 Pershing Plaza<br>Jersey City, NJ  07399 | 13784598 Shares of Common Stock |
| Phillip Capital Inc. | Attn: Proxy Manager<br>141 W Jackson Blvd.<br>CBOT Bldg., Ste. 3050<br>Chicago, IL  60604 | 346861 Shares of Common Stock |
| PI Financial Corp./CDS | Attn: Rob McNeil or Proxy Mgr.<br>666 Burrard St.<br>Suite 1900<br>Vancouver BC  V6C 2G3<br>Canada | 1863 Shares of Common Stock |
| Questrade Inc./CDS | Attn: Al Nanji or Proxy Mgr.<br>5650 Yonge St.<br>Toronto ON M2M 4G3<br>Canada | 416810 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Robert W. Baird & Co Inc. | Attn: Corporate Actions<br>777 E Wisconsin Ave., 9th Fl.<br>Milwaukee, WI  53202 | 37516 Shares of Common Stock |
| Raymond James Associates Inc. | Attn: Roberta Green or Proxy Mgr.<br>880 Carilion Parkway<br>Tower 2, 4th Floor<br>St. Petersburg, FL  33716 | 633032 Shares of Common Stock |
| Raymond James Ltd./CDS | Attn: Jeff Lunshof or Proxy Mgr.<br>2100-925 W. Georgia St.<br>Vancouver BC  V6C 3L2<br>Canada | 155 Shares of Common Stock |
| RBC Dominion /CDS | Attn: Proxy Manager<br>2 Bloor St. E # 2300<br>Toronto ON  M4W 1A8<br>Canada | 555995 Shares of Common Stock |
| RBC Capital Markets Corp. | Attn: Steve Schafer or Proxy Mg.<br>60 S. 6th St. - P09<br>Minneapolis, MN  55402-1106 | 1069412 Shares of Common Stock |
| Reliance Trust Co. | Attn: Tonie Montgomery<br>1100 Abernathy Rd.<br>Atlanta, GA  30328 | 119 Shares of Common Stock |
| Robinhood Securities, LLC | Attn: Mehdi Taifi<br>500 Colonial Ctr. Pkwy #100<br>Lake Mary, FL  32746 | 7393980 Shares of Common Stock |
| Safra Securities | Attn: Proxy Manager<br>546 Fifth Avenue<br>New York, NY  10036 | 247 Shares of Common Stock |
| Scotia Capital/CDS | Attn: Evelyn Pande or Proxy Dept.<br>Scotia Plaza<br>40 King St. West, 23rd Fl.<br>Toronto, ON  M5H 1H1<br>Canada | 82176 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| SEI Private Trust Co. | Attn: Eric Greene or Proxy Mgr.<br>One Freedom Valley Dr.<br>Oaks, PA  19456 | 1678 Shares of Common Stock |
| SG Americas Securities, LLC | Attn: Paul Mitsakos or Proxy Mg.<br>1221 Avenue of the Americas<br>New York, NY  10020 | 14 Shares of Common Stock |
| State Street | Attn: Proxy Dept.<br>1776 Heritage Drive<br>North Quincy, MA  02171 | 127104 Shares of Common Stock |
| State Street | Attn: Proxy Dept.<br>1776 Heritage Drive<br>North Quincy, MA  02171 | 2300 Shares of Common Stock |
| Stifel Nicolaus & Co. | Attn: Chris Wiegand/Proxy Dept.<br>c/o Mediant Communications<br>501 N. Broadway<br>St. Louis, MO  63102 | 286364 Shares of Common Stock |
| StockCross Financial Services | Attn: Diane Tobey or Proxy Mgr.<br>77 Summer St.<br>Boston, MA  02210 | 6200 Shares of Common Stock |
| TD Ameritrade Clearing, Inc. | Attn: Mandi Foster or Proxy Mgr.<br>200 S. 108th Ave.<br>Omaha, NE  68154 | 12892783 Shares of Common Stock |
| TD Waterhouse Canada Inc./CDS | Attn: Yousuf Ahmed or Proxy Mgr.<br>77 Bloor St. West<br>3rd Floor<br>Toronto, ON  M4Y 2T1<br>Canada | 997540 Shares of Common Stock |
| TradeStation Securities | Attn: Corporate Actions<br>8050 SW 10th St., Ste 2000<br>Plantation, FL  33324 | 208261 Shares of Common Stock |
| Marsco Investment Corp. | Attn: Karen Jacobsen/Proxy Mgr.<br>101 Eisenhower Pkwy.<br>Roseland, NJ  07068 | 7673 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Texas Treasury Safekeeping Trust Co. | Attn: Janie Dominquez/Proxy Mgr.<br>208 E. 10th St.<br>Room 410<br>Austin, TX  78701 | 10 Shares of Common Stock |
| UBS Financial Services LLC | Attn: Jane Flood/Proxy Dept.<br>1000 Harbor Blvd.<br>Weehawken, NJ  07086 | 102479 Shares of Common Stock |
| UBS Securities LLC | Attn:  Michael Hallet/Proxy Mgr.<br>Proxy Department<br>315 Deadrick St.<br>Nashville, TN  37238 | 187 Shares of Common Stock |
| UBS Securities LLC | Attn:  Michael Hallet/Proxy Mgr.<br>Proxy Department<br>315 Deadrick St.<br>Nashville, TN  37238 | 44 Shares of Common Stock |
| U.S. Bancorp Investments | Attn: Kevin Brown or Proxy Mgr.<br>60 Livingston Ave.<br>St. Paul, MN  55107-1419 | 4430 Shares of Common Stock |
| U.S. Bank N.A. | Attn: Paul Kuxhaus or Proxy Mgr.<br>1555 N. River Center Dr.<br>Scottsdale, AZ  85260 | 1380 Shares of Common Stock |
| Vanguard Marketing Corp. | Attn: Ben Beguin or Proxy Mgr.<br>14321 N. Northsight Blvd.<br>Scottsdale, AZ  85260 | 759262 Shares of Common Stock |
| Velox Clearing LLC | Attn: Proxy Mgr.<br>2400 E. Katella Ave.<br>Suite 725<br>Anaheim, CA  92806 | 191674 Shares of Common Stock |
| Velocity Clearing | Attn: Alfred Pennisi or Proxy Mgr.<br>100 Wall Street<br>26th Floor<br>New York, NY  10005 | 450 Shares of Common Stock |

| Equity Holder | Address | Approximate Number of Shares Held |
|---|---|---|
| Virtu Americas LLC | Attn: Janica Brink or Proxy Mgr.<br>300 Vesey St.<br>New York, NY  10282 | 9113 Shares of Common Stock |
| Vision Financial Markets LLC | Attn: OPS Dept.<br>120 Long Ridge Rd., 3 North<br>Stamford, CT  06902 | 104198 Shares of Common Stock |
| Wedbush Morgan Securities Inc. | Attn: Alan Ferreira or Proxy Mgr.<br>1000 Wilshire Blvd., Ste #850<br>Los Angeles, CA  90030 | 25700 Shares of Common Stock |
| Wedbush Morgan Securities Inc. | Attn: Alan Ferreira or Proxy Mgr.<br>1000 Wilshire Blvd., Ste #850<br>Los Angeles, CA  90030 | 40994 Shares of Common Stock |
| Wells Fargo Clearing Services | Attn: Proxy Dept.<br>One North Jefferson Ave.<br>St. Louis, MO  63103 | 273994 Shares of Common Stock |

11104181v.6