**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HUMANIGEN, INC.[1] | Case No. 24-10003 (BLS) |
| Debtor. | **Re: Docket No. 377** |

**ORDER GRANTING MOTION OF THE LIQUIDATING TRUST FOR
ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 105(a)
AND BANKRUPTCY RULE 9006 EXTENDING TIME TO OBJECT TO CLAIMS**

Upon the motion (the "**Motion**")[2] of the Liquidating Trust for entry of an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 further extending the time to object to Claims; and the Court having determined that the relief requested in the Motion is in the best interests of the bankruptcy estate, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Claims Objection Deadline is extended for the Liquidating Trust to object to Claims through and including July 6, 2026.

3.      Entry of this Order is without prejudice to the rights of the Liquidating Trust to seek further extensions of the Claims Objection Deadline.

---

[1] The HGEN Liquidating Trust's mailing address in this chapter 11 case is Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606 c/o Matthew J. Dundon.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

2

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 8th, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2