**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUMANIGEN, INC.,[1] | Case No. 24-10003 (BLS) |
| Debtor. | **Related Docket No. 386** |

**CERTIFICATE OF SERVICE**

I, Donald J. Detweiler, do hereby certify that on April 22, 2026, I caused a copy of the foregoing *Order Approving Liquidating Trust's Fourth Motion for Entry of an Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order (A) Enlarging the Time to File Notices of Removal of Related Proceedings and (B) Granting Related Relief* [Docket No. 386] to be served via CM/ECF and first-class mail and via electronic mail on the parties listed on the attached service list.

Dated: April 24, 2026
   Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 */s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Matthew P. Ward (DE Bar No. 4471)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Email: don.detweiler@wbd-us.com
        matthew.ward@wbd-us.com

-and-

**LOWENSTEIN SANDLER LLP**
Gianfranco Finizio
David M. Posner
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 262-6700
Email: gfinizio@lowenstein.com
        dposner@lowenstein.com

*Counsel to the HGEN Liquidating Trust*

---

[1] The HGEN Liquidating Trust's mailing address in this chapter 11 case is Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606 c/o Matthew J. Dundon.

| | | |
|---|---|---|
| ASHBY & GEDDES P.A. (COUNSEL TO PATHEON BIOLOGICS LLC) ATTN: GREGORY A. TAYLOR 500 DELAWARE AVE., 8TH FLOOR; PO BOX 1150 WILMINGTON, DE 19801 GTAYLOR@ASHBYGEDDES.COM | BAKER 7 HOSTETLER LLP (COUNSEL TO DR. CAMERON DURRANT) ATTN: JEFFREY LYONS 1201 NORTH MARKET ST., STE. 1407 WILMINGTON, DE 19801 JLYONS@BAKERLAW.COM | BIOWA, INC. ATTN ACHILLES VERGIS 212 CARNEGIE CENTER, SUITE 101 PRINCETON, NJ 08540 VERGIS.ACHILLES.86@BIOWA.COM |
| BLANK ROME LLP (COUNSEL TO BIOWA, INC.) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE; 130 NORTH 18TH ST. PHILADELPHIA, PA 19103 MIKE.SCHAEDLE@BLANKROME.COM | BLANK ROME LLP (COUNSEL TO BIOWA, INC.) ATTN: PETER S. WEISSMAN 1825 EYE STREET NW WASHINGTON, DC 20006 PETER.WEISSMAN@BLANKROME.COM | BRYAN GARNIER SECURITIES, LLC ATTN PIERRE KIECOLT-WAHL 750 LEXINGTON AVENUE NEW YORK, NY 10022 PKIECOLTWAHL@BRYANGARNIER.COM |
| CATALENT INDIANA, LLC ATTN MARY ENGLER, PH.D. 1300 S. PATTERSON DR. BLOOMINGTON, IN 47403 MARY.ENGLER@CATALENT.COM | CATALENT INDIANA, LLC ATTN MARY ENGLER, PH.D. P O BOX 734097 CHICAGO, IL 60673-4097 MARY.ENGLER@CATALENT.COM | CATALENT PHARMA SOLUTIONS GALA (MADISON) ATTN MARY ENGLER, PH.D. 726 HEARTLAND TRAIL MADISON, WI 53717 MARY.ENGLER@CATALENT.COM |
| CATALENT PHARMA SOLUTIONS GALA (MADISON) ATTN MARY ENGLER, PH.D. 25109 NETWORK PLACE CHICAGO, IL 60673-1251 MARY.ENGLER@CATALENT.COM | CATALENT PHARMA SOLUTIONS, LLC ATTN MARY ENGLER, PH.D. 726 HEARTLAND TRAIL MADISON, WI 53717 MARY.ENGLER@CATALENT.COM | CATALENT PHARMA SOLUTIONS, LLC ATTN MARY ENGLER, PH.D. 25111 NETWORK PLACE CHICAGO, IL 60673-1251 MARY.ENGLER@CATALENT.COM |
| CHARLES RIVER LABORATORIES ASHLAND (IL) ATTN JAMES WILLIAMS 251 BALLARDVALE STREET WILMINGTON, MA 01887 JAMES.WILLIAMS@CRL.COM | CHARLES RIVER LABORATORIES ASHLAND (IL) ATTN JAMES WILLIAMS GPO 27812 NEW YORK, NY 10087-7812 JAMES.WILLIAMS@CRL.COM | CHIME BIOLOGICS (WUHAN) CO., LTD (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: KITTY YANG NO. 388 GAOXIN ROAD (NO.2) EAST LAKE HI-TECH DEVELOPMENT ZONE HUBEI PROVINCE WUHAN,  430000 KYANG@CHIMEBIOLOGICS.COM |
| CHIME BIOLOGICS (WUHAN) CO.,LTD ATTN VIVIAN DENG NO. 388 GAOXIN ROAD (NO.2) EAST LAKE HI-TECH DEV ZONE, HUBEI WUHAN,  430000 VDENG@CHIMEBIOLOGICS.COM | CTI CLINICAL TRIAL SERVICES, INC ATTN MICHAEL KARWISCH 100 E. RIVERCENTER BLVD. SUITE 1600 COVINGTON, KY 41011 MKARWISCH@CTIFACTS.COM | EVERSANA LIFE SCIENCES, LLC (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MATT DOYLE 205 NORTH MICHIGAN AVENUE, STE 3200 CHICAGO, IL 60601 MATT.DOYLE@EVERSANA.COM |
| HOGAN LOVELLS US LLP ATTN ALAN DYE COLUMBIA SQUARE 555 THIRTEENTH STREET, NW WASHINGTON, DC 20004 ALAN.DYE@HOGANLOVELLS.COM | INTERNAL REVENUE SERVICE LOCAL OFFICE CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA, PA 19101-7346 MILLIE.H.AGENT@IRS.GOV | K PERRY LAW COUNSEL TO THE DIP LENDER ATTN: KRISTEN PERRY, ESQ. 1 LEIGH STREET CLINTON, NJ 08809 KPERRY@KPERRYLAW.COM |
| LONZA SALES LTD ATTN JAIME OKRAY MUNCHENSTEINERSTRASSE 38 BASEL,  8001 JAIME.OKRAY@LONZA.COM | LSCS HOLDINGS, INC ATTN MARIE RUIZ 190 N MILWAUKEE ST. MILWAUKEE, WI 53202 MARIE.RUIZ@EVERSANA.COM | MARKEN LLP ATTN KIMBERLY MEINEN 215 W. BRIDGEWATER RD BRIDGEWATER BUSINESS PARK ASTON, PA 19014 KIMBERLY.MEINEN@MARKEN.COM |

| | | |
|---|---|---|
| MILLER NASH LLP<br>(COUNSEL TO PCI PHARMA SERVICES)<br>ATTN: JOHN R. KNAPP JR.<br>605 5TH AVE. S, STE. 900<br>SEATTLE, WA 98104<br>JOHN.KNAPP@MILLERNASH.COM | MORVILLO ABRAMOWITZ<br>GRAND IASON & ANELLO P.C.<br>ATTN DANIEL C. LAMAGNA<br>565 FIFTH AVENUE<br>NEW YORK, NY 10017<br>DLAMAGNA@MAGLAW.COM | OFFICE OF THE UNITED STATES ATTY<br>DISTRICT OF DELAWARE<br>1313 N MARKET ST, STE 400<br>WILMINGTON, DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV;<br>ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801<br>HANNAH.MCCOLLUM@USDOJ.GOV | PASHMAN STEIN WALDER HAYDEN, P.C.<br>(COUNSEL TO TARAN THERAPEUTICS INC/DIP<br>LENDER)<br>ATTN: HENRY J. JAFFE & JOSEPH BARSALONA<br>II<br>1007 NORTH ORANGE ST., 4TH FLR, STE. 183<br>WILMINGTON, DE 19801<br>HJAFFE@PASHMANSTEIN.COM<br>JBARSALONA@PASHMANSTEIN.COM | PASHMAN STEIN WALDER HAYDEN, P.C.<br>(COUNSEL TO TARAN THERAPEUTICS<br>INC./DIP LENDER)<br>ATTN: RICHARD C. SOLOW<br>THE WOOLWORTH BLDG<br>233 BROADWAY, STE. 820<br>NEW YORK, NY 10279<br>RSOLOW@PASHMANSTEIN.COM |
| PATHEON BIOLOGICS LLC<br>ATTN GENERAL COUNSEL<br>4766 LAGUARDIA DRIVE<br>ST. LOUIS, MO 63134<br>PSG.ACCOUNTS.STLOUIS@THERMOFISHER.COM | PEARL COHEN ZEDEK LATZER<br>BARATZ LLP<br>ATTN MARK COHEN<br>7 TIMES SQUARE<br>19TH FLOOR<br>NEW YORK, NY 10036<br>MCOHEN@PEARLCOHEN.COM | PHARMACEUTICAL RESEARCH<br>ASSOC INC. PRA<br>ATTN JESSICA SPAIN<br>PO BOX 200072<br>DALLAS, TX 75320-0072 |
| POLSINELLI PC<br>ATTN KEVIN VOLD<br>1401 I STREET, N.W.<br>WASHINGTON, DC 20005<br>KVOLD@POLSINELLI.COM | POLSINELLI PC<br>ATTN KEVIN VOLD<br>PO BOX 878681<br>KANSAS CITY, MO 64187-8681<br>KVOLD@POLSINELLI.COM | SAUL EWING LLP<br>(COUNSEL TO EVERSANA LIFE SCIENCE<br>SERVICES LLP)<br>ATTN: LUCIAN B. MURLEY ESQ.<br>1201 N. MARKET ST., STE. 2300<br>PO BOX 1266<br>WILMINGTON, DE 19899<br>LUKE.MURLEY@SAUL.COM |
| SECURITIES AND EXCHANGE<br>COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL<br>DIR<br>BROOKFIELD PL, 200 VESEY ST, STE 400<br>NEW YORK, NY 10281-1022<br>NYROBANKRUPTCY@SEC.GOV | SECURITIES AND EXCHANGE<br>COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>NYROBANKRUPTCY@SEC.GOV | SHOOK, HARDY & BACON L.L.P<br>ATTN MARC MILES<br>2555 GRAND BLVD.<br>KANSAS CITY, MO 64108<br>MMILES@SHB.COM |
| STATE OF DELAWARE ATTORNEY<br>GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | TARAN THERAPEUTICS, INC.<br>5 HAINES COVE DRIVE<br>TOMS RIVER, NJ 08753<br>CAMERONDURRANT@YAHOO.COM | THOMPSON HINE LLP<br>(COUNSEL TO PATHEON BIOLOGICS LLC)<br>ATTN: LOUIS F. SOLIMINE & TONY J.<br>HORNBACH<br>312 WALNUT ST., STE. 2000<br>CINCINNATI, OH 45202<br>LOUIS.SOLIMINE@THOMPSONHINE.COM;<br>TONY.HORNBACH@THOMPSONHINE.COM |
| UNIVERSITAT ZURICH<br>ATTN SANDRA CAMPIGOTTO<br>HIRSCHENGRABEN 48<br>ZURICH,  8001<br>CAMPIGOTTO@UNITECTRA.CH | VINCE & ASSOCIATES<br>ATTN BRADLEY D. VINCE, D.O.<br>10103 METCALF AVENUE<br>OVERLAND PARK, KS 66212<br>JCABANA@ALTASCIENCES.COM | WHIPPLE AZZARELLO LLC (COUNSEL TO<br>DR. CAMERON DURRANT) ATTN: JOHN A.<br>AZZARELLO 161 MADISON AVE., STE. 325<br>MORRISTOWN, NJ 07960<br>AZZARELLO@WHIPPLEAZZARELLOLAW.COM |